AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Ashleigh Jones<br>*Plaintiff*<br><br>v.<br><br>Glenn Associates Mid-Atlantic, Inc.; and Does 1-10, inclusive<br>*Defendants* | Civil Action No.   JFM-16-3023 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*   Glenn Associates Mid-Atlantic, Inc.
14505 Greenview Drive, Suite 107
P.O. Box 159
Laurel, Maryland 20725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on Plaintiff or plaintiff's attorney, whose name and address are:

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  8/30/2016

*Signature of Cl*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: JFM-16-3023

**Plaintiff:**
Ashleigh Jones

vs.

**Defendant:**
Glenn Associates Mid-Atlantic, Inc. et al

Received by Certified Corp. & Process Services LLC on the 21st day of September, 2016 at 1:38 pm to be served on **Glenn Associates Mid-Atlantic, Inc.** by delivering to its Registered Agent, Anthony T. Bartlett, 30 E. Padonia Road, Suite 404, Timonium, MD 21093.

I, Susan Boone, do hereby affirm that on the **21st day of September, 2016 at 4:25 pm**, I:

**Personally** delivered to: **Glenn Associates Mid-Atlantic, Inc.** by delivering to its Registered Agent, **Anthony T. Bartlett, Federal Summons and Complaint** a true copy of the specified civil process, having first endorsed on such copy the date of delivery, at **30 E. Padonia Road, Suite 404, Timonium, MD 21093** and informed said person of the contents therein.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit; and I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Susan Boone
Process Server

Certified Corp. & Process Services LLC
P.O. Box 496448
Garland, TX 75049
(972) 279-6100

Our Job Serial Number: LGD-2016001537
Ref: 14452-001 Jones, Ashleigh

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1g